FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 FEB 13 PM 1:18
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY ROSENBAUM** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO.: 04-3274** |
| **VERSUS** | * | |
| | * | **SECT. "C", MAG. 1** |
| **CAL DIVE INTERNATIONAL, INC.** | * | |
| **Defendant and Third Party Plaintiff** | * | **JUDGE BERRIGAN** |
| | * | |
| **VERSUS** | * | **MAGISTRATE SHUSHAN** |
| | * | |
| **BROCO, INC.** | * | |
| **Third Party Defendant** | * | |

## JUDGMENT

This matter came before the court for a jury trial which commenced on February 1, 2006 and concluded on February 3, 2006 with a jury verdict. All parties were present and represented by counsel throughout the proceeding.

Having found that the accident which injured Anthony Rosenbaum was of a kind that ordinarily occurs as a result of a manufacturing defect in the BR-22 cutting torch and that Cal Dive International, Inc. and Anthony Rosenbaum were comparatively at fault, the jury apportioned fault in the following percentages:



___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No___

| | |
|---|---|
| Broco, Inc. | 40% |
| Cal Dive International, Inc. | 40% |
| Anthony Rosenbaum | 20% |
| TOTAL | 100% |

In accordance with the jury verdict, and considering the stipulation of the parties that Broco, Inc. would not be allocated Anthony Rosenbaum's fault, the Court orders that payment of the amount of the settlement of Anthony Rosenbaum's claims previously agreed to by the parties shall be apportioned as follows:

| | |
|---|---|
| Broco, Inc. | 40% |
| Cal Dive International, Inc. | 60% |
| TOTAL | 100% |

**JUDGMENT READ, RENDERED AND SIGNED** this 10th day of February 2006.

UNITED STATES DISTRICT JUDGE

H:\S0781002\Pleadings\Judgment.wpd